IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIA CARD SERVICES, N.A. FKA, MBNA AMERICA BANK, N.A., | § § § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-07-2382 |
| SAMUEL M. GACHIENGU, | § § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, the claims and counterclaim are both DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on August 14, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge